IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OXBO INTERNATIONAL CORPORATION,

                    Plaintiff,

        v.

H&S MANUFACTURING COMPANY, INC.,

                    Defendant.

ORDER

15-cv-292-jdp

---

Attached please find a draft of the damages instructions. The court will discuss and finalize these instructions with the parties at the charging conference during the parties' damages cases.

Entered June 13, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge