IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OXBO INTERNATIONAL CORPORATION,

                   Plaintiff,              SPECIAL VERDICT FORM:

    v.                                   LIABILITY

H&S MANUFACTURING COMPANY, INC.,         15-cv-292-jdp

                  Defendant.

---

We, the jury, for our special verdict, do find as follows:

INFRINGEMENT

Has plaintiff proven to a preponderance of the evidence that defendant's products, the Tri-Flex mergers, infringe claim 28 of the '929 patent?

ANSWER: _____Yes_____ ("yes" or "no")

A "yes" is a finding for plaintiff and a "no" is a finding for defendant.

Regardless of whether you answered "yes" or "no" above, go on and answer the questions in the following invalidity section.

## INVALIDITY

Has defendant proven by clear and convincing evidence that the following patent claims are invalid because they were obvious?

| Patent Claim | Yes | No |
|---|---|---|
| Claim 44 of the '929 patent | | ✓ |
| Claim 1 of the '739 patent | | ✓ |
| Claim 1 of the '488 patent | | ✓ |
| Claim 2 of the '488 patent | | ✓ |
| Claim 4 of the '488 patent | | ✓ |
| Claim 6 of the '488 patent | | ✓ |
| Claim 8 of the '488 patent | | ✓ |
| Claim 10 of the '488 patent | | ✓ |

A "yes" is a finding for defendant and a "no" is a finding for plaintiff.

*Mary Campbell*
Presiding Juror

Madison, Wisconsin

Dated this _16_ day of June, 2017