IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| OXBO INTERNATIONAL CORPORATION, | |
| Plaintiff, | SPECIAL VERDICT FORM: |
| v. | DAMAGES |
| H&S MANUFACTURING COMPANY, INC., | 15-cv-292-jdp |
| Defendant. | |

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** Did plaintiff and its licensee mark substantially all products covered by the triple head patents during the term of the Kuhn cross license?

ANSWER: __Yes__ ("yes" or "no")

**QUESTION NO. 2:** Is plaintiff entitled to recover lost profits with respect to the '929 patent, the '739 patent, and the '488 patent?

ANSWER: __No__ ("yes" or "no")

If "yes," answer question 3. If "no," go to question 4.

**QUESTION NO. 3:** What amount of lost profits is plaintiff entitled to recover?

$ __n/a__

If you answered question 2 "yes," skip question 4 and go to question 5. If you answered question 2 "no," go to question 4.

**QUESTION NO. 4:** What is a reasonable royalty for defendant's use of the '929 patent, the '739 patent, and the '488 patent?

$ __825,000__

Regardless of how you answered any of the previous questions, answer question 5:

**QUESTION NO. 5:** What is a reasonable royalty for defendant's use of the '052 patent?

$ __25,000__

Regardless of how you answered any of the previous questions, answer question 6.

**QUESTION NO. 6:** Do you find that defendant's infringement of the '929 patent was willful?

ANSWER: __No__ ("yes" or "no")

A "yes" is a finding for plaintiff and a "no" is a finding for defendant.

_Mary Campbell_
Presiding Juror

Madison, Wisconsin

Dated this _21_ day of June, 2017