IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OXBO INTERNATIONAL CORPORATION,

                        Plaintiff,                      PERMANENT
v.                                                INJUNCTION

H&S MANUFACTURING COMPANY, INC.,        15-cv-292-jdp

                        Defendant.

---

      Pursuant to Federal Rule of Civil Procedure 65(d), and the court's summary judgment opinion, Dkt. 392, and the June 15, 2017 jury verdict finding that defendant H&S Manufacturing Company, Inc., has infringed claims 28 and 44 of U.S. Patent No. 7,310,929 (the '929 patent), claim 1 of U.S. Patent No. 8,166,739 (the '739 patent), claims 1, 2, 4, 6, 8, and 10 of U.S. Patent No. 8,863,488 (the '488 patent), and claims 1-4 and 6-8 of U.S. Patent No. 8,511,052 (the '052 patent) (collectively, the "Infringed Claims"), and pursuant to the court's determination that H&S's infringement has caused and is continuing to cause irreparable injury to Oxbo International Corporation, that Oxbo has no adequate remedy at law, that the balance of harms favors Oxbo, and that the public interest would not be disserved by a permanent injunction, as the court stated on July 18, 2017, Dkt. 546, IT IS ORDERED that:

      H&S, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, including H&S's dealers and distributors, who receive actual notice of this injunction, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d), from making, using, offering to sell, or selling in the

United States the H&S Tri-Flex windrow mergers and any other product not more than colorably different therefrom in relation to the Infringed Claims (the Infringing Products).

This injunction does not preclude the use, sale, or offer for sale of Infringing Products sold by H&S before June 12, 2017. Nor does this injunction prevent H&S, its dealers, or distributors from servicing, repairing, and providing replacement parts for Tri-Flex mergers sold before June 12, 2017. The Infringing Products sold before June 12, 2017, are listed on Attachment A.

H&S shall promptly provide written notice of this injunction to its officers, agents, servants, employees, attorneys, distributors, dealers, and any other persons or entities in active concert or participation with it, including its dealers and distributors. H&S shall take all necessary and appropriate means to ensure that this order is complied with.

So long as any of the Infringed Claims of the patents are valid and enforceable, this injunction shall run as follows:

(i) For the '929, '739, and '488 patents, until their expiration on March 31, 2023, or upon their expiration due to the nonpayment of applicable maintenance fees.

(ii) For the '052 patent, until its expiration on August 15, 2028 or upon its expiration due to nonpayment of applicable maintenance fees.

The court retains jurisdiction to enforce this injunction.

Entered August 3, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OXBO INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>H&S MANUFACTURING COMPANY, INC.,<br><br>Defendant. | ATTACHMENT A TO PERMANENT INJUNCTION<br><br>15-cv-292-jdp |

Infringing Products sold by H&S before June 12, 2017, by serial number, that are not subject to the permanent injunction:

| | | | | | | |
|---|---|---|---|---|---|---|
| 111001 | 311012 | 312056 | 412091 | 512122 | 611043 | 712198 |
| 111002 | 311013 | 312057 | 412092 | 512123 | 611044 | 712199 |
| 111003 | 311014 | 312058 | 412093 | 512124 | 612160 | 712199 |
| 111004 | 311015 | 312059 | 412094 | 512125 | 612161 | 712200 |
| 111005 | 311016 | 312060 | 412095 | 512126 | 612162 | 712201 |
| 112001 | 311017 | 312061 | 412096 | 512127 | 612163 | 712202 |
| 112002 | 311018 | 312062 | 412097 | 512128 | 612164 | 712203 |
| 112003 | 311019 | 312063 | 412098 | 512129 | 612165 | 712204 |
| 112004 | 311020 | 312064 | 511031 | 512130 | 612166 | 712205 |
| 112005 | 311021 | 411026 | 511032 | 512131 | 612167 | 712206 |
| 112006 | 311022 | 411027 | 511033 | 512132 | 612168 | 712207 |
| 112007 | 311023 | 411028 | 511034 | 512133 | 612169 | 712208 |
| 112008 | 311024 | 411029 | 511035 | 512134 | 612170 | 712209 |
| 112009 | 311025 | 411030 | 511036 | 512135 | 612171 | 712210 |
| 211006 | 312030 | 412065 | 511037 | 512136 | 612172 | 712211 |
| 211007 | 312031 | 412066 | 511038 | 512137 | 612173 | 712212 |
| 211008 | 312032 | 412067 | 511039 | 512138 | 612174 | 712213 |
| 211009 | 312033 | 412068 | 511040 | 512139 | 612175 | 712214 |
| 211010 | 312034 | 412069 | 512100 | 512140 | 612176 | 712215 |
| 212010 | 312035 | 412070 | 512101 | 512141 | 612177 | 712216 |
| 212011 | 312036 | 412071 | 512102 | 512142 | 612178 | 712217 |
| 212012 | 312037 | 412072 | 512103 | 512143 | 612179 | 712218 |
| 212013 | 312038 | 412073 | 512104 | 512144 | 612180 | 712219 |
| 212014 | 312039 | 412074 | 512105 | 512145 | 612181 | 712220 |
| 212015 | 312040 | 412075 | 512106 | 512146 | 612182 | 712221 |

| 212016 | 312041 | 412076 | 512107 | 512147 | 612183 | 712222 |
| 212017 | 312042 | 412077 | 512108 | 512148 | 612184 | 712223 |
| 212018 | 312043 | 412078 | 512109 | 512149 | 612185 | 712224 |
| 212019 | 312044 | 412079 | 512110 | 512150 | 612186 | 712225 |
| 212020 | 312045 | 412080 | 512111 | 512151 | 612187 | 712226 |
| 212021 | 312046 | 412081 | 512112 | 512152 | 612188 | 712227 |
| 212022 | 312047 | 412082 | 512113 | 512153 | 612189 | |
| 212023 | 312048 | 412083 | 512114 | 512154 | 612190 | |
| 212024 | 312049 | 412084 | 512115 | 512155 | 612191 | |
| 212025 | 312050 | 412085 | 512116 | 512156 | 712192 | |
| 212026 | 312051 | 412086 | 512117 | 512157 | 712193 | |
| 212027 | 312052 | 412087 | 512118 | 512158 | 712194 | |
| 212028 | 312053 | 412088 | 512119 | 512159 | 712195 | |
| 212029 | 312054 | 412089 | 512120 | 611041 | 712196 | |
| 311011 | 312055 | 412090 | 512121 | 611042 | 712197 | |